```
Court Name: District of Nevada
Division: 2
Receipt Number: NVLAS022140
Cashier ID: jgiesbre
Transaction Date: 10/16/2013
Payer Name: Gordon Silver
--------------------------------
MISCELLANEOUS PAPERS
 For: Gordon Silver
 Case/Party: D-NVX-2-13-MS-000083-001
 Amount:        $46.00
--------------------------------
CHECK/MONEY ORDER
 Remitter: Gordon Silver
 Check/Money Order Num: 3678
 Amt Tendered: $46.00
--------------------------------
Total Due:      $46.00
Total Tendered: $46.00
Change Amt:     $0.00


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $53 fee will
be charged for a returned check."
```