GORDON SILVER
ERIC R. OLSEN
Nevada Bar No. 3127
Email: eolsen@gordonsilver.com
ELIAS GEORGE
Nevada Bar No. 12379
Email: egeorge@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666
*Attorneys for Non-Party JBI, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BIG 3 PACKAGING, LLC, <br><br>　　　　　Plaintiff, <br>v. <br><br>AQUA CHEMPACS, LLC, ET. AL., <br><br>　　　　　Defendant. | CASE NO. 2:13-ms-00083 <br><br> Pending in Case No. 2:12-cv-05806-PBT (Eastern District of Pennsylvania) <br><br>**DECLARATION IN SUPPORT OF NON-PARTY, JBI, INC.'S OBJECTIONS TO SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** |

Non-party, JBI, Inc. ("JBI"), by and through its attorneys, the law firm of Gordon Silver, files this Declaration of Nicholas J. Terranova, Chief Financial Officer, in support of its Objections [Dkt 1].

DATED this 17th day of October 2013.

　　　　　　　　　　　　　　　　　　GORDON SILVER

　　　　　　　　　　　　　　　　　　*/s/ Eli P.*
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ERIC R. OLSEN, Nevada Bar No. 3127
　　　　　　　　　　　　　　　　　　ELIAS GEORGE, Nevada Bar No. 12379
　　　　　　　　　　　　　　　　　　3960 Howard Hughes Pkwy, 9th Fl.
　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89169
　　　　　　　　　　　　　　　　　　*Attorneys for Non-Party, JBI, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been transmitted

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

28222200.1

1

1 via Email and deposited in the U.S. Mail, postage prepaid, this 17th day of October 2013 on the
2 following:

4 John S. Artiz, Esq.
DICKINSON WRIGHT PLLC
5 2600 W. Big Beaver Road, Suite 300
Troy, Michigan 48084-3312
6 Telephone: 248-433-7262
*Attorney for Defendant*
7 jsartz@dickinsonwright.com

*Bobbye Donaldson*
Bobbye Donaldson
An Employee of Gordon Silver

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

28222200.1

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

CASE NO. 2:12-cv-05806-PBT

BIG 3 PACKAGING, LLC,

        Plaintiff,

v.

AQUA CHEMPACS, LLC, ET. AL.,

        Defendant.

## DECLARATION OF NICHOLAS J. TERRANOVA AS CHIEF FINANCIAL OFFICER OF NON-PARTY, JBI, INC.

I, Nicholas J. Terranova, as Chief Financial Officer of non-party, JBI, Inc. ("JBI") being duly sworn, make oath and state as follows:

1. I am Chief Financial Officer of JBI and make this declaration based upon my personal knowledge and understanding of the business records and documents maintained by JBI.

2. JBI does not keep or maintain any business records or documents in Las Vegas, Nevada, and Killucan International, Inc., does not control or maintain custody of any of JBI's business records or documents, which are located in New York and in Canada.

I declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15 day of October, 2013.

                                                Nicholas J. Terranova
                                                Chief Financial Officer
                                                JBI, Inc.